# **<u>EXHIBIT 4</u>**

May 20, 2016 Letter from Goya



# Office of the County Clerk

*Lynn Marie Goya*
County Clerk
Commissioner of Civil Marriages

*Jim Pierce*
Assistant County Clerk

200 Lewis Avenue
Box 551604
Las Vegas, NV 89155-1604
702-671-0500 / 702-381-3611 Fax

May 20, 2016

To Whom It May Concern:

We are writing to inform you of some updated requirements by the Clark County Clerk for church or religious organizations providing the *Affidavit of Authority to Solemnize Marriages* for applicants applying for a **permanent** *Certificate of Permission to Perform Marriages*. (This does not currently apply to single ceremony applicants.)

According to Nevada Revised Statutes 122.062(1), the authorizing agent must be a church or religious organization "incorporated, organized or established in this State." In addition, AB364 of the 2015 Nevada legislative session removed NRS sections 602.020(3) and (4b), which now means foreign organizations must be organized under the laws of Nevada to do business here. **Therefore, organizations must substantiate that they are both organized in Nevada under the laws of this state and doing business as a church or religious organization as a requirement in the application process for licensing new ministers or religious officials seeking a *Certificate of Permission to Perform Marriages*.**

We do not have this information about your organization on file. Accordingly, please submit to the Clark County Clerk's Office no later than forty-five (45) days after receipt of this letter the following documentation:

1. Copy of the *Articles of Incorporation* **and** the most recent annual *List of Officers and Directors* as filed with the Nevada Secretary of State; - or –

2. Provide any **two** (2) of the following:
   - Notarized statement from a member confirming where and when services are held;
   - Copy of a rental agreement or mortgage statement with the name of the organization and the location where active services are held;
   - Copy of a recent public notice advertising the organization and the service dates and times, such as a newspaper article, flyer or online web page;
   - Copy of the letter from the State of Nevada's Department of Taxation granting tax exempt status to the organization as a religious organization; or
   - Copy of the letter from the Internal Revenue Service (IRS) granting organizational status as a 501(c)(3) religious organization.

In addition, your organization must provide a list of all Marriage Officiants that are still affiliated and authorized by your organization to solemnize marriages. We are asking that an updated Officiant list be resubmitted annually, thereafter, by January 30 of each calendar year to the address listed above and include "Attn: Marriage Officiant Processing" on the envelope.

Please be aware that new Marriage Officiant applications will be made available online starting June 13, 2016, at www.ClarkCountyNV.gov/Clerk/Pages/Formsx.aspx. If you have any questions, do not hesitate to contact our office.

Best regards,

*Lynn Marie Goya*

Ex-Officio Clerk of:
Board of County Commissioners - Clark County Board of Equalization
Clark County Liquor and Gaming Board - Mt. Charleston Fire Protection District
Clark County Water Reclamation District Board of Trustees - Clark County Debt Management Commission
Clark County Redevelopment Agency - University Medical Center of Southern Nevada Board of Trustees