# **EXHIBIT 14**

August 16, 2017 Clerk Goya's Letter



**RECEIVED**
AUG 2 1 2017
Puget Sound
Business & Litigation

*Office of the County Clerk*

*Lynn Marie Goya*
County Clerk
Commissioner of Civil Marriages

*Jim Pierce*
Assistant County Clerk

*200 Lewis Avenue*
*Box 551604*
*Las Vegas NV 89155-1604*
*(702) 671-0500   (702) 382-3611-Fax*

August 16, 2017

Via US Mail

Puget Sound Business & Litigation
411 University St., Suite 1200
Seattle, WA 98101

Re:  Certificate of Permission / Solemnizations of Marriages Letter dated June 21, 2017

Mr. Galletch;

We are in receipt of your letter dated June 21, 2017, regarding the ability of The Universal Life Church Monastery Storehouse to issue the *Affidavit of Authority to Solemnize Marriages in the State of Nevada*. While we appreciate the information that you have provided, we are still not in receipt of sufficient proof that The Universal Life Church Monastery Storehouse is a religious organization with a presence in Nevada. NRS requires that a church or religious institution must be established in the State in order to issue an *Affidavit of Authority to Solemnize Marriages in the State of Nevada*.

There are several options that can be considered to help us to determine that The Universal Life Church Monastery Storehouse does indeed have a presence in Nevada as a religious organization, including the following documents:
- Copy of the letter from the State of Nevada Department of Taxation granting tax exempt status to the organization as being a church or religious organization;
- Copy of the letter from the Internal Revenue Service granting status as a 501(c)(3) with a Public Charity Status (a.k.a. Foundation Code) of 170(b)(1)(A)(i) for churches;
- Notarized statement from an attending member (must not be an employee or official of the organization) confirming that the organization is a church or religious organization and where and when services are held in Nevada;
- Copy of a rental agreement or mortgage statement for the Nevada location where active services are held – the address on the statement must match the service address provided on the AASM; or
- Copy of a recent public notice advertising the organization and the Nevada service dates and times, such as a newspaper article, flyer or online web page.

Please provide one of the above documents at your earliest convenience so that we can review and give further consideration in approving The Universal Life Church Monastery Storehouse as a religious organization established in Nevada capable of issuing the *Affidavit of Authority to Solemnize Marriages in the State of Nevada* for applicants seeking to become an Officiant in Nevada through our office.

Sincerely,

Lynn Marie Goya
Clark County Clerk

*Ex-Officio Clerk of:*
Board of County Commissioners • Clark County Board of Equalization
Clark County Stadium Authority Board • Clark County Liquor and Gaming Board • Mt. Charleston Fire Protection District
Clark County Water Reclamation District Board of Trustee • Clark County Debt Management Commission
Clark County Redevelopment Agency • University Medical Center of Southern Nevada Board of Trustees