THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendants
Clark County, Lynn Marie Goya
and Steve Wolfson (in their official
capacities)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY a/k/a UNIVERSAL LIFE CHURCH, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, NEVADA; LYNN MARIE GOYA (in her official capacity as Clark County Clerk); STEVE WOLFSON (in his official capacity as the Clark County District Attorney); JANE DOE; JOHN ROE; and JANE POE, <br><br> Defendants. | CASE NO. 2:18-cv-02099-RFB-BNW |

## STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

Plaintiff UNIVERSAL LIFE CHURCH MONASTERY a/k/a UNIVERSAL LIFE CHURCH, by and through its attorneys of record, Ronald D. Green, Esq., and Defendants CLARK COUNTY, LYNN MARIE GOYA and STEVE WOLFSON (in their official capacities), and through their attorneys of the law firm of Olson, Cannon, Gormley & Stoberski, hereby stipulate and agree to the entry of this Confidentiality Agreement and Protective Order

(this "Protective Order") in regard to the production of documents submitted by third parties to Clark County pursuant to Plaintiff's government records request with regard to any private and confidential information of any third parties contained on those documents. Nonetheless, the Parties recognize that such documents or other evidence might be relevant to the issues raised by the pleadings herein. Accordingly, the Parties desire to mutually agree to certain terms under which copies of potentially relevant documents or evidence may be produced during the course of this case while at the same time respecting the confidential nature of those documents or evidence.

1. Plaintiff agrees not to utilize any personal identifier information for any other purpose outside of this instant litigation.

///

///

///

///

///

///

///

2. Plaintiff further agrees to hold confidential any personal identifier information on any third party and redact such information for any use of the documents in this litigation.

CONSENTED TO this 10th day of January, 2020.

| | |
|---|---|
| RANDAZZA LEGAL GROUP, PLLC | OLSON CANNON GORMLEY & STOBERSKI |
| By /s/ Ronald D. Green<br>Ronald D. Green, Esq.<br>2764 Lake Sahara Drive, Ste. 109<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiff | By /s/ Thomas D. Dillard, Jr.<br>Thomas D. Dillard, Jr., Esq.<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Attorney for Defendants<br>Clark County, Lynn Marie Goya<br>and Steve Wolfson (in their official capacities) |

**IT IS SO ORDERED**      **ORDER**

**DATED: January 13, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**