# EXHIBIT 13

April 2016 Email Exchange

# Melissa Burgener

**From:** Carl Bates <CBates@ClarkCountyNV.gov>
**Sent:** Thursday, April 14, 2016 7:47 AM
**To:** Lynn Goya; Jim Pierce
**Subject:** RE: Minister Officiant Licensing Program


Some of the organizations I�m aware of that fit into this area are:

1) American Marriage Ministries (https://theamm.org; they are a 501(c)(3) according to their site)
2) The Church of the Latter-Day Dude (http://dudeism.com/)
3) Church of the Flying Spaghetti Monster (http://www.venganza.org/)
4) Cannabis Church (http://thecannabischurch.com/tag/las-vegas/)
5) Universal Life Church Monastery (http://www.themonastery.org/)


**From:** Lynn Goya
**Sent:** Wednesday, April 13, 2016 10:57 AM
**To:** Carl Bates; Jim Pierce
**Subject:** RE: Minister Officiant Licensing Program

Can you send me a link to a few of the really fishy ones? Apparently UL doesn�t charge, they just sell packages of support materials. So I have no problem with them, per say.



**Lynn Marie Goya**
*Clark County Clerk*

**Clark County Clerk�s Office**
*Regional Justice Center, 200 Lewis Avenue, 5th floor, Las Vegas, NV 89101*

Office ? 702.671.0701 |   Cell ? 702.281.8686 | Fax ? 702.382.3611

   

**From:** Carl Bates
**Sent:** Tuesday, April 12, 2016 10:40 AM
**To:** Lynn Goya; Jim Pierce
**Subject:** Minister Officiant Licensing Program

Based on our previous conversation regarding the ability to have a program for licensing Marriage Officiants, I wanted to draft up something as a starting point.  I didn�t mention any of the clean-up language for husbands and wives (gender based changes), just tried to focus on the program.  I think we discussed $100, but I think that�s a steep cost especially for someone seeking to perform a single ceremony � easy to change if you feel strongly about the higher cost.   The

1

only difference would be the $49 charged for a background check for permanents under this new model.  We can talk more later, just wanted to have something to start with.

Thanks,
Carl