# EXHIBIT 14

May 6, 2016 Email Exchange

# Melissa Burgener

| | |
|---|---|
| **From:** | Lynn Goya <Lynn.Goya@ClarkCountyNV.gov> |
| **Sent:** | Friday, May 06, 2016 4:55 PM |
| **To:** | Carl Bates |
| **Subject:** | RE: Interesting info on NV Business Search |

Agree with both your arguments.





Lynn Marie Goya
*Clark County Clerk*

**Clark County Clerk�s Office**
*Regional Justice Center, 200 Lewis Avenue, 5th floor, Las Vegas, NV 89101*

Office ? 702.671.0701 |�� Cell ? 702.281.8686 | Fax ? 702.382.3611

---

**From:** Carl Bates
**Sent:** Friday, May 06, 2016 2:30 PM
**To:** Lynn Goya
**Subject:** Interesting info on NV Business Search

In talking more with the NV SOS on SilverFlume and the Business Entity Search, I found a few things out�

If an organization is exempt with the state as a church, they will have a Charitable Solicitation Registration Statement on file and a link to the section through SilverFlume - see below:

1



When you click on the �Click here�� link, it displays the following showing Federal Tax Exempt Status as �EXEMPT� and Exemptions of �ExemptChurch�.



However, when you look up an organization such as Universal Life Church Monastery (which is actually registered as �The Universal Life Church Monastery Storehouse�), they do not have one.

3

CC000519



This gets so convoluted as to who�s what�  Both are Foreign Non-Profit Corporations, but only AMM is qualified as exempt for being a church.  However, we have to consider ULC as a religious org.  In all cases that I can see, a NV Business ID will exists.  I think we need to put that back on the affidavit from the organization and make them provide it.

Question, most apps for ULC come in under the name Universal Life Church.  Should they come in under the which the organization is registered with the state?

Carl Bates

Records Administration Manager
Office of the County Clerk
200 Lewis Ave 5th Floor, Ste 5313
Las Vegas, NV 89101
(702) 671-0706 � Office
(702) 279-4656 � Mobile

CC000520