Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
(702) 420-2001
ecf@randazza.com

Attorneys for Plaintiff,
Universal Life Church Monastery

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY a/k/a UNIVERSAL LIFE CHURCH,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; LYNN MARIE GOYA (in her official capacity as Clark County Clerk); STEVE WOLFSON (in his official capacity as the Clark County District Attorney); JANE DOE; JOHN ROE; and JANE POE,<br><br>Defendants. | Case No.: 2:18-cv-02099-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO STRIKE**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the parties, through their attorneys, hereby stipulate and request that this Court extend the time by which Plaintiff may file its response to Defendants' Motion to Strike (ECF No. 47). This is the first such request relating to Defendants' Motion to Strike and is done for good cause and not for purposes of delay. Defendants' Motion to Strike was filed on June 24, 2020. Plaintiff's response to Defendants' Motion is currently due on July 8, 2020. A hearing for the matter has been set by the Court for July 28, 2020. ECF No. 48.

The Parties' proposed briefing schedule is set forth below.

/ / /

1   Proposed Briefing Schedule on Motion to Strike (ECF No. 47):

2      Deadline for Plaintiff to File Response:     July 17, 2020

3      Deadline for Defendants to File Reply:      July 22, 2020

4   IT IS SO STIPULATED.

5   Dated: July 1, 2020.                Respectfully Submitted,

6                                       /s/ Ronald D. Green
                                        Marc J. Randazza, NV Bar No. 12265
7                                       Ronald D. Green, NV Bar No. 7360
                                        Alex J. Shepard, NV Bar No. 13582
8                                       RANDAZZA LEGAL GROUP, PLLC
                                        2764 Lake Sahara Drive, Suite 109
9                                       Las Vegas, NV 89117

10                                      Attorneys for Plaintiff,
                                        Universal Life Church Monastery
11

12  Dated: July 1, 2020.                Respectfully Submitted,

13                                      /s/ Thomas D. Dillard, Jr.
                                        Thomas D. Dillard, Jr., Esq. (NV Bar No. 006270)
14                                      OLSON, CANNON, GORMLEY,
                                           ANGULO & STOBERSKI
15                                      9950 West Cheyenne Avenue
                                        Las Vegas, NV 89129
16                                      Tel: (702) 384-4012
                                        Fax: (702) 383-0701
17                                      tdillard@ocgas.com

18                                      Attorney for Defendants,
19                                      Clark County, Lynn Marie Goya,
                                        and Steve Wolfson (in their official capacities)
20

21

22  IT IS SO ORDERED.                   [signature]

23                                      Hon. Brenda Weksler
                                        United States Magistrate Judge
24
                                        Dated: July 6, 2020
25

26

27