Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
(702) 420-2001
ecf@randazza.com

*Attorneys for Plaintiff*,
Universal Life Church Monastery

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY a/k/a UNIVERSAL LIFE CHURCH,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; LYNN MARIE GOYA (in her official capacity as Clark County Clerk); STEVE WOLFSON (in his official capacity as the Clark County District Attorney); JANE DOE; JOHN ROE; and JANE POE,<br><br>Defendants. | Case No.: 2:18-cv-02099-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br>**(Fourth Request)**[1] |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Universal Life Church Monastery a/k/a Universal Life Church and the Clark County Defendants (the "Parties"), stipulate and request that this Court extend the current deadline to file the joint pretrial order ("JPTO") by 18 days to October 19, 2021. This request for extension is done for good cause and not for purposes of delay.

---

[1] The Parties previously stipulated to three extensions of deadlines laid out in the Court's Scheduling Order. (*See* Doc. Nos. 14, 21, and 29.) However, this is the first request specifically to extend the deadline to file the joint pretrial order.

In support of this Stipulation and Request, the Parties state as follows:

**1.0    Basis of Requested Extension**

Discovery in this case has closed, and the Court issued an order resolving the Parties' cross motions for summary judgment on September 19, 2021 (Doc. No. 65). This Order provided that the JPTO is due on October 1, 2021. This gives the Parties only 12 days to prepare the JPTO. This is less than half the usual 30 days that parties have to prepare the order following the resolution of dispositive motions. (*See* LR 26-1(b)(5).) It is also less than half the time set out in the Court's operative scheduling order entered on December 31, 2019. (Doc. No. 34). Preparing the JPTO will require a significant amount of work by the Parties and coordination between them. 12 days is an insufficient amount of time to prepare a thorough and complete JPTO, and this is a significantly shorter time period than the Parties understood themselves to have. Counsel for Plaintiff also has to comply with additional deadlines in other cases, including preparing for an evidentiary hearing regarding a request for a preliminary injunction that will take place the day before the JPTO is currently due. Likewise, counsel for Defendants must comply with additional deadlines in other cases, including an appellate brief, during this same window of time, making this shortened time period to finalize the JPTO extraordinarily difficult.

LR 26-3 provides that a stipulation to extend a deadline set by a discovery plan, scheduling order, or other order must be received no later than 21 days before the expiration of the subject deadline. There is, however, good cause to grant this stipulation despite being filed fewer than 21 days before the deadline for the joint pretrial order. This is because the Court's order setting October 1, 2021 as the deadline for joint pretrial orders only provided the Parties with 12 days' notice of this deadline, making it burdensome and extraordinarily difficult for the parties to file this stipulation earlier than 21 days before this deadline.

**2.0    Proposed Schedule**

    **2.1    Motions in Limine/Daubert Motions**

Under LR 16-3(a), any motions in limine, including Daubert type motions, shall be filed and served 30 days prior to the commencement of trial and oppositions shall be filed and served 15 days thereafter.  Reply briefs will only be allowed with leave of the Court.

    **2.2    Deadline for Joint Pretrial Order**

Pursuant to LR 26-1(b)(5) and the Court's Scheduling Order (Doc. No. 34), the Joint Pretrial Order shall be filed no later than October 19, 2021, which is 30 days after the Court's order resolving the Parties' cross motions for summary judgment (Doc. No. 65). The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order and must be filed at least 30 days prior to trial in accordance with FRCP 26(a)(3)(B).

IT IS SO STIPULATED:

Dated: September 22, 2021
/s/ Alex J. Shepard
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Plaintiff,*
Universal Life Church Monastery

Dated: September 22, 2021
/s/ Thomas D. Dillard Jr.
Thomas D. Dillard, Jr., Esq., NV Bar No. 006270
OLSON CANNON GORMLEY ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
tdillard@ocgas.com

*Attorney for Defendants,*
Clark County, Lynn Marie Goya, and Steve Wolfson
(in their official capacities)

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 24th day of September, 2021.