Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
(702) 420-2001
ecf@randazza.com

*Attorneys for Plaintiff*,
Universal Life Church Monastery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY a/k/a UNIVERSAL LIFE CHURCH,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; LYNN MARIE GOYA (in her official capacity as Clark County Clerk); STEVE WOLFSON (in his official capacity as the Clark County District Attorney); JANE DOE; JOHN ROE; and JANE POE,<br><br>Defendants. | Case No.: 2:18-cv-02099-RFB-BNW<br><br>**STIPULATION TO ENGAGE IN SETTLEMENT CONFERENCE THROUGH COURT'S ALTERNATIVE METHOD OF DISPUTE RESOLUTION PROGRAM AND TO EXTEND DEADLINE TO FILE PRETRIAL ORDER (First Request)[1]** |

Pursuant to LR IA 6-1, LR 16-5, and LR 26-3, Plaintiff Universal Life Church Monastery a/k/a Universal Life Church and the Clark County Defendants (the "Parties"), stipulate and request that this Court set this case for settlement conference pursuant to the Court's alternative method of dispute

---

[1] This is the parties' first request for a settlement conference pursuant to the Court's ADR program. They have previously filed one request for an extension of the deadline to file a Joint Pretrial Order (Doc. No. 66) and three requests to extend the discovery period (Doc. Nos. 14, 21, and 29).

resolution ("ADR") program at the earliest opportunity and, in the event that the case does not settle during the settlement conference, extend the current deadline to file the joint pretrial order ("JPTO") until ten days after the completion of the settlement conference.

In support of this Stipulation and Request, the Parties state as follows:

**1.0    Basis of Requested Extension**

Discovery in this case has closed, and the Court issued an order resolving the Parties' cross motions for summary judgment on September 19, 2021 (Doc. No. 65). This Order provided that the JPTO is due on October 1, 2021. The Court subsequently extended that deadline to October 19, 2021 (Doc. No. 67). During a telephonic conference on October 13, 2021, counsel for both parties expressed a sincere belief that their clients could likely reach an amicable settlement of this case with the assistance of a magistrate judge to help them work through the remaining issues. As such, they agreed to ask the Court to schedule a settlement conference pursuant to its ADR program at the earliest possible opportunity and to extend the date to file a JPTO until ten days following the conclusion of the settlement conference in the unlikely event that it is unsuccessful.

LR 26-3 provides that a stipulation to extend a deadline set by a discovery plan, scheduling order, or other order must be received no later than 21 days before the expiration of the subject deadline. There is, however, good cause to grant this stipulation despite being filed fewer than 21 days before the deadline for the JPTO. During the telephone conference between counsel for the parties on October 13, 2021, counsel mutually agreed that their clients could likely resolve their remaining issues with the assistance of a settlement conference pursuant to this Court's ADR program, which would obviate the need for a trial, be more cost and time effective, and significantly lessen the burden on this Court.

/ / /

/ / /

/ / /

/ / /

**2.0   Proposed Schedule**

    **2.1   Motions in Limine/Daubert Motions**

Under LR 16-3(a), any motions in limine, including Daubert type motions, shall be filed and served 30 days prior to the commencement of trial and oppositions shall be filed and served 15 days thereafter.  Reply briefs will only be allowed with leave of the Court.

    **2.2   Scheduling Settlement Conference**

The Parties request that this Court order a settlement conference pursuant to this Court's ADR program at the earliest possible opportunity.

    **2.3   Deadline for Joint Pretrial Order**

Pursuant to LR 26-1(b)(5) and the Court's Order dated September 24, 2021 (Doc. No. 67), the Joint Pretrial Order shall be filed no later than October 19, 2021. The parties request that this Court extend the deadline to file the JPTO until ten days following the settlement conference in the unlikely event that the case is not fully resolved at the conclusion of the settlement conference. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order and must be filed at least 30 days prior to trial in accordance with FRCP 26(a)(3)(B).

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: October 13, 2021 | Dated: October 13, 2021 |
| /s/ Ronald D. Green | /s/ Thomas Dillard, Jr. |
| Marc J. Randazza, NV Bar No. 12265 | Thomas D. Dillard, Jr., Esq., NV Bar No. 006270 |
| Ronald D. Green, NV Bar No. 7360 | OLSON CANNON GORMLEY ANGULO & |
| Alex J. Shepard, NV Bar No. 13582 | STOBERSKI |
| RANDAZZA LEGAL GROUP, PLLC | 9950 West Cheyenne Avenue |
| 2764 Lake Sahara Drive, Suite 109 | Las Vegas, NV 89129 |
| Las Vegas, NV 89117 | 702-384-4012 |
| | tdillard@ocgas.com |
| *Attorneys for Plaintiff*, | |
| Universal Life Church Monastery | *Attorney for Defendants,* |
| | Clark County, Lynn Marie Goya, and Steve Wolfson |
| | (in their official capacities) |

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Court

DATED this 16th day of October, 2021.